UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| THERESA SHROYER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-CV-203 |
| | ) | (Phillips) |
| DOLLAR TREE STORES, INC., | ) | |
|     Defendant. | ) | |

## ORDER

This matter comes before the Court on Defendant's Motion for Summary Judgment (Doc. 13) pursuant to Rule 56 of the Federal Rules of Civil Procedure. Having read the parties' motions and thoroughly reviewed the record in this case, and for the reasons set forth in the accompanying memorandum filed this day with the clerk of court, this Court orders that Defendant's motion (Doc. 13) is hereby **GRANTED** and this case is accordingly **DISMISSED**.

**IT IS SO ORDERED.**

**ENTER:**

Entered as a judgment.

    s/ Thomas W. Phillips
    United States District Judge

s/ *Patricia L. McNutt*
PATRICIA L. McNUTT
CLERK OF COURT